AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of New York___ on the following ☐ Patents or  X  Trademarks:

| DOCKET NO.<br>06-cv-00729   06-cv-05857 | DATE FILED<br>2/17/2006      10/30/2006 | U.S. DISTRICT COURT<br>Eastern District of New York |
|---|---|---|
| PLAINTIFF<br><br>Patsy's Italian Restaurant, Inc. et al. | | DEFENDANT<br><br>Anthony Banas et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,213,574 | 12/29/98. Cancelled 5/27/2003.<br>Trademark recancelled on other<br>grounds by 7/13/2007 order of TTAB. | I.O.B. Realty, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| The Commissioner of Patents and Trademarks and the Assistant Commissioner for Trademarks are hereby ordered to restore I.O.B. Realty, Inc.'s U.S. Trademark Registration No. 2,213,574, pursuant to section 37 of the Lanham Act, 15 U.S.C. § 1119. |

| CLERK<br>Robert C. Heinemann | (BY) DEPUTY CLERK<br>s/ Terry Vaughn | DATE<br>8/30/07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy